1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| DELORES WALLS, | ) | |
|---|---|---|
| | ) | Civil Action No. 1:04-CV-6391 AWI DLB |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until July 2, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, October 12, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1 | Dated: May 31, 2005               /s/ Gina Fazio

2 |                                   GINA FAZIO,
                                      Attorney for Plaintiff.

3 | Dated: _____

4 |                                   MCGREGOR SCOTT
                                      United States Attorney

5 |                                   By: /s/ Kimberly A. Gaab
6 |                                   (as authorized via facsimile)
                                      KIMBERLY A. GAAB
7 |                                   Assistant U.S. Attorney

8 |

9 |

   IT IS SO ORDERED.
10 |
    **Dated:   June 1, 2005**              **/s/ Dennis L. Beck**
11 | 3c0hj8                          UNITED STATES MAGISTRATE JUDGE