1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9
   DELORES WALLS,                  )   1:04-cv-6391 AWI DLB
10                                 )
              Plaintiff,            )   STIPULATION AND ORDER
11                                 )   TO EXTEND TIME
                                   )
12            v.                   )
                                   )
13 JO ANNE B. BARNHART,            )
   Commissioner of Social          )
   Security,                       )
14                                 )
              Defendant.           )
15 _____)

16
        The parties, through their respective counsel, stipulate
17
   that defendant's time to respond to plaintiff's opening brief be
18
   extended from August 8, 2005 to September 8, 2005.
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
                                    1

This is defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                       Respectfully submitted,

Dated: July 19, 2005        /s/ Gina M. Fazio
                                  (as authorized by facsimile)
                                  GINA M. FAZIO
                                  Attorney for Plaintiff


Dated: July 20, 2005        McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kimberly A. Gaab
                                  KIMBERLY A. GAAB
                                  Assistant U.S. Attorney




IT IS SO ORDERED.

**Dated:   July 21, 2005**                      **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE