```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELORES WALLS, | ) | 1:04-cv-6391 AWI DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |
| _____ | ) | |

   The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from September 8, 2005 to October 6, 2005.

///

///

///

///

///

///

///

1

This is defendant's second request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: September 8, 2005      /s/ Gina M. Fazio
                                      (as authorized via facsimile)
                                      GINA M. FAZIO
                                      Attorney for Plaintiff


Dated: September 9, 2005      McGREGOR W. SCOTT
                                      United States Attorney


                                      /s/ Kimberly A. Gaab
                                      KIMBERLY A. GAAB
                                      Assistant U.S. Attorney





    IT IS SO ORDERED.

    **Dated:   September 8, 2005**                  **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE

2