IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELORES WALLS,** ) | **CV F 04-6391 AWI DLB** |
| ) | |
| **Plaintiff**, ) | **ORDER ADOPTING FINDINGS** |
| v. ) | **AND RECOMMENDATIONS** |
| ) | |
| ) | **ORDER DENYING APPEAL** |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | [Doc. 22] |
| ) | |
| **Defendant.** ) | |
| _____) | |

    Plaintiff seeks judicial review of the final decision of Defendant Commissioner of Social Security.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(C)(15).

    On November 22, 2005, the Magistrate Judge filed Findings and Recommendations that recommended Plaintiff's appeal from the administrative decision of the Commissioner be denied.  These Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days.  Over fifteen days have passed and no party has filed objections.

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case.  Having carefully reviewed the file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.  The court agrees with the Magistrate Judge's finding that the Commissioner's decision is supported by substantial evidence and is not based on legal error.  The court will therefore affirm the Commissioner's decision.  See Jones v. Heckler, 760 F.2d 993, 995 (9th Cir. 1985).

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 22, 2005, are adopted in full;
2. Plaintiff's appeal is DENIED and the Commissioner's decision is AFFIRMED; and
3. The Clerk of the Court is DIRECTED to enter judgment in favor of the Commissioner.

IT IS SO ORDERED.

**Dated:   December 21, 2005**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE

vmd                                                 2